**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Nikkita Christopher, Jose Gonzalez, Christian Javier
Martinez, Victor Matheis Del'Angel, and Santiago Garcia
Perez, Defendants,

Of whom Nikkita Christopher is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2016-000137

———————————

Appeal From Spartanburg County
James F. Fraley, Jr., Family Court Judge

———————————

Unpublished Opinion No. 2016-UP-388
Submitted July 21, 2016 – Filed July 25, 2016

———————————

**AFFIRMED**

———————————

Richard Whitney Allen, of The Law Offices of Richard
W. Allen, L.L.C., of Laurens, for Appellant.

Deborah Murdock Gentry, of Murdock Law Firm, LLC, of Mauldin, for Respondent.

Jamia Diann Foster, of Albert V. Smith, PA, of Spartanburg, for the Guardian ad Litem.

**PER CURIAM:**  Nikkita Christopher appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2015).  Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Christopher's counsel.

**AFFIRMED.**[1]

**HUFF, KONDUROS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.